DEBT OR
CASE.

## Commissioners of the Christian Bank vs. Greenfield.

Case 54.

Appeal from the Christian Circuit; BENJ. SHACKELFORD, Judge.

*Variance between writ and declaration.*

June 6.

Chief Justice BIBB, delivered the opinion of the Court.

Variance between writ, in case, and declaration in debt, is fatal on demurrer.

THE writ is in case, damage $200; the declaration is in debt, for $480, upon a note executed in Oct. 1819, to the President, Directors & Co. of the Christian Bank, by Greenfield.

The defendant demurred, and the court sustained the demurrer.

The case does not come within the statutes of *jeofails*; it is decided upon demurrer: there has been no verdict of twelve men; nor judgment by *nihil dicet*,

or *non sum informatus*, or enquiry of damages. This variance between the writ and declaration is so total and fatal as to justify the decision of the court in favour of the demurrant, without going into the other questions presented by the record.

Judgment affirmed with costs.

*Crittenden* for appellant; *Mayes* for appellee.